UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SIERRA JACKSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. CV-25-29-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED : Motion to Dismiss Case [3] is GRANTED, pursuant to Order [20].

　　Dated this 18th day of August, 2025

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　By:　/s/ M. Stewart
　　　　　　　　　　　　　Deputy Clerk